No. 71–1091. CASTELL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 71–1092. STAR OFFICE SUPPLY CO. ET AL. v. FEDERAL TRADE COMMISSION. C. A. 2d Cir. Certiorari denied.

No. 71–1095. CONTINENTAL INSURANCE CO. v. BYRNE, DEPUTY COMMISSIONER, BUREAU OF EMPLOYEES' COMPENSATION, U. S. DEPARTMENT OF LABOR. C. A. 7th Cir. Certiorari denied.

No. 71–1100. ILLINOIS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 71–1112. GRIZAFFI ET AL. v. FEDERAL SAVINGS & LOAN INSURANCE CORP., RECEIVER. C. A. 7th Cir. Certiorari denied.

No. 71–1113. UNION CARBIDE CORP. v. VOUTSIS ET AL. C. A. 2d Cir. Certiorari denied.

No. 71–1114. FIOTTO ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 71–1116. CRUZ ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 71–1117. WIDELSKI ET UX. v. UNITED STATES ET AL. C. A. 6th Cir. Certiorari denied.

No. 71–1120. SCHULMAN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 71–1124. LIDDON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.